# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, FT. MYERS DIV.

Two - Thousand - Twenty - Three Anno Domini

Joshua I. Martinez,

   petitioner,

v.                                              Case no. 2:23cv115-JLB-KCD

De Soto County, Florida,

   respondent.

_____/

~ Petitioner's Petition for Habeas Corpus Relief ~

   Comes now, Joshua I. Martinez, petitioner, Florida Civil Commitment Center Resident, i.d. no. 4274954, and petitions the Honorable United States District Court for Habeas Corpus Relief in that he has been illegally detained for criminal charges which he invoked his Fifth Amendment Right under the United States Constitution to a "Speedy Trial" concerning on Aug. 21st, 2022, and has not yet been afforded such a trial, though it has been 185 days since that date, the time-period for which the Honorable Circuit Court of DeSoto County, Florida for the Twelfth Judicial Circuit Court has been allotted by law to afford petitioner such a trial, and he AT NO TIME has waived his right to such. In support thereof, petitioner has provided the following Statement of the Case and Facts:

   1. On Aug. 21st, 2021, petitioner as defendant in criminal cases nos. 142022CF000354AXMA & 142022CF000367AXMA appeared before

1.1

the Honorable Don T. Hall, Circuit Judge for the Twelfth Judicial Circuit of DeSoto County, Florida for his First Appearance hearing in regard to ALL NINE CHARGES against him and verbally demanded a speedy trial to ALL OF THEM, saying, "I demand a speedy trial to all nine charges," and the Honorable Don T. Hall responded, saying, "We can do that for you."

2. Asst. Public Defender, Brittany Conway Livingston was appointed as petitioner's, as defendant, counsel in each criminal case.

3. Petitioner, as defendant, was remanded to Florida Civil Commitment Center, located at 13619 S.E. Hwy. 70, Arcadia, Fl. 34266, by request of the Sheriff's Office for DeSoto County Florida by way of Release on Recognizance Order by the Honorable Judge, Don T. Hall, for DeSoto County's Twelfth Judicial Circuit.

4. Petitioner, as respondent in civil case no. 2018-11318-CI DL, had already been housed at Florida Civil Commitment Center since March 1st, 2019, for treatment due to past sexually deviant behavior.

5. On or about November 29th, 2022, the Honorable Twelfth Judicial Circuit Court for DeSoto County, Florida, held a hearing to hear Florida Civil Commitment Center's "Motion to Revoke Release On Recognizance". However, the Honorable Judge, Don T. Hall, revoked the motion on grounds that it was the Sheriff's Department that asked for petitioner, as defendant, to be "R.O.R.'ed" to F.C.C.C., not Florida Civil Commitment Center, and for reasons of his, the petitioner's, safety.

6. Petitioner has since been housed in Lakes confinement dormitory at Florida Civil Commitment Center in a solitary cell and in a green shroud on "close-observation" status wherein he is observed on an pledicouse toilet via photographs taken every fifteen minutes.

p. 2

7. Petitioner has written numerous letters to his counsel, Mrs. Brittany C. Livingston, concerning his continued desire to go to trial in both cases.

8. Petitioner plead "Mercy of the Court" during the Nov. 29th, 2022 hearing, but only because he was under duress. The Honorable Judge, Dan T. Hall, instructed Mrs. Livingston, defendant's counsel, to meet with petitioner, as defendant, as soon as possible, which she did the following day via phone conference wherein petitioner, as defendant, explained that "I just wanted out of the court-room."

9. On Dec. 5th, 2022, petitioner, as defendant, reaffirmed, though by counsel, that "he would like to continue the case", though he did not rescind his Speedy Trial demand, or at least, he did not intend to, in so doing.

10. As of Feb. 21st, 2023, there have been no further hearings in either criminal case, and it has been 185 days since petitioner's, as defendant, demand for a speedy trial, the time-limit for the Honorable Court to afford such trial having been reached.

~ Argument ~

Petitioner, as defendant, has been illegally detained since Feb. 22nd, 2023, since he has been detained past 185 days for criminal charges which he had made a demand for a speedy trial concerning on Aug. 21st, 2022, not having been afforded such trial within the time-frame provided by law.

~ Relief Sought ~

That petitioner be released from illegal detainment in F.C.C.C. Lokes continument Unit due to him not having been afforded a speedy-trial to any of the charges for which he invoked his right to a speedy trial, and that such charges be dropped.

P. 3

I HEREBY AFFIRM that the foregoing "Petitioner's Petition for Habeas Corpus Relief" is true and correct to the best of my knowledge and belief.

Respectfully,

/s/ [signature]

Joshua T. Martinez (Y274959), pro se petitioner
Florida Civil Commitment Center
13619 S.E. Hwy. 70
Arcadia, FL 34266

~ Certificate of Service ~

I HEREBY CERTIFY that the foregoing "Petitioner's Petition for Habeas Corpus Relief" has been furnished in its entirety to Mr. Cardenas, Lavon, the Legal Liason at Florida Civil Commitment Center, 13619 S.E. Hwy. 70, Arcadia, FL 34266, for e-filing to the United States Middle District Court, Ft. Myers Div., on this 21 day of February, 2023, via facility channels for privileged, resident mail.

/s/ [signature]
Joshua T. Martinez (Y274959), petitioner